**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

TED LLOYD,

      Plaintiff,

v.                                                                                   CASE NO. 5:12cv30-MP-CJK

OFFICER ANDREWS,

      Defendant.

_____/

**O R D E R**

      This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 16, 2012.  (Doc. 4).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

      Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now ORDERED as follows:

      1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

      2. This matter is transferred to the United States District Court for the Middle District of Florida, and the Clerk is directed to close the file.

      **DONE and ORDERED** this 16th day of July, 2012.


*M. Casey Rodgers*

**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**